PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v

SHIRLEY BRADLEY

Crim No: 3:01CR00213(AVC)

Re: **Early Termination of Supervision**

On **July 21, 2003,** the above-named individual was placed on **SUPERVISED RELEASE** for a period of **3** years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

_/s/ Sandra L. Hunt_  
Sandra L. Hunt  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 6TH day of MAY, 2005.

The Honorable Alfred V. Covello  
Senior United States District Court Judge